

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff*, | SEALED |
| v. | Case No. CR 22-047-RAW |
| DAKOTA WAYNE HOPKINS and JESSIE LEE HOPKINS, | |
| *Defendants*. | |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

**CHILD ABUSE IN INDIAN COUNTRY**
[18 U.S.C. §§ 1151, 1153, & 21 O.S. § 843.5(A)]

Between on or about July 1, 2019, and on or about July 17, 2019, within the Eastern District of Oklahoma, in Indian Country, the defendant, **DAKOTA WAYNE HOPKINS**, an Indian, did willfully and maliciously cause and threaten harm to the health, safety, and welfare of B.H., a child under the age of eighteen, by willfully and maliciously injuring B.H., in violation of Title 18, United States Code, Sections 1151, 1153, and Title 21, Oklahoma Statutes, Section 843.5(A).

### COUNT TWO

**ENABLING CHILD ABUSE IN INDIAN COUNTRY**
[18 U.S.C. §§ 1151, 1152, & 21 O.S. § 843.5(B)]

Between on or about July 1, 2019 and on or about July 17, 2019, within the Eastern District of Oklahoma, in Indian Country, the defendant, **JESSIE LEE HOPKINS**, a non-Indian, and a person responsible for B.H.'s health, safety, and welfare, did willfully and maliciously permit a willful and malicious act of harm and threatened harm by another person to the health, safety, and

welfare of B.H., an Indian child under the age of eighteen, in violation of Title 18, United States Code, Sections 1151, 1152. and Title 21, Oklahoma Statutes, Section 843.5(B).

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

CHRISTOPHER J. WILSON
United States Attorney

_____
ANTHONY C. MAREK
State Bar of Michigan #P76767
Assistant United States Attorney